# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB GALL-CARRIZOSA,<br><br>Defendant. | Case No.: '24 MJ1991 DDL<br><br>C O M P L A I N T<br><br>Title 18, U.S.C., § 922(a)(3) –<br>Unlicensed Transportation of Firearms |

The undersigned complainant being duly sworn states:

Count 1

Beginning no later than September 9, 2021, and continuing until at least December 24, 2022, within the Southern District of California, Jacob GALL-CARRIZOSA, a person not having a valid Federal Firearm License, did knowingly purchase in the State of Arizona and then intentionally transport into the State of California, firearms; in violation of 18, United States Code, Section 922 (a) (3).

_____
J. Scott Wakelin, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 20th day of May 2024.

_____
HON. DAVID D. LESHNER
United States Magistrate Judge

1

## PROBABLE CAUSE STATEMENT

During my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I have learned the information below from my personal observations and having read reports prepared by other law enforcement officers. The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

## GALL-CARRIZOSA REPEATEDLY PURCHASES FIREARMS IN ARIZONA AND TRANSPORTS THEM BACK TO SAN DIEGO FOR RE-SALE

In December 2022, a firearm purchased by Jacob GALL-CARRIZOSA ("GALL-CARRIZOSA") in Arizona was recovered by law enforcement in Tijuana, Mexico.

On January 3, 2023, federal law enforcement initiated a query into the ATF databases regarding GALL-CARRIZOSA. The results of the search indicated that GALL-CARRIZOSA had purchased eleven firearms between September 9, 2021, and December 24, 2022, at Federal Firearm Licensee ("FFL") Sprague's Sports, in Yuma, Arizona. The table below details GALL-CARRIZOSA's purchases:

| Purchase Date | Store | Firearm Make/Model | Serial # |
|---|---|---|---|
| 9/9/2021 | Sprague's Sports, Yuma, AZ | .22 Caliber Keltec Pistol | MGJ58 |
| 9/9/2021 | Sprague's Sports, Yuma, AZ | 9mm Glock Pistol | AFXP131 |
| 3/26/2022 | Sprague's Sports, Yuma, AZ | 9mm Keltec Pistol | 00742 |
| 3/26/2022 | Sprague's Sports, Yuma, AZ | 9mm SCCY Pistol | C314386 |
| 4/1/2022 | Sprague's Sports, Yuma, AZ | 9mm Taurus Pistol | ACK424009 |
| 4/1/2022 | Sprague's Sports, Yuma, AZ | 9mm Ruger Pistol | 461-30862 |
| 4/1/2022 | Sprague's Sports, Yuma, AZ *recovered Mexico 12/8/22 | 9mm Talon Pistol | 04679 |

| 4/20/2022 | Sprague's Sports, Yuma, AZ | .22 Cal Phoenix Arms Pistol | 4597115 |
| 4/20/2022 | Sprague's Sports, Yuma, AZ | 9mm Ruger Pistol | 383-10164 |
| 12/24/2022 | Sprague's Sports, Yuma, AZ *recovered San Diego 2/16/23 | 9mm Canik Pistol | 22CM45471 |
| 12/24/2022 | Sprague's Sports, Yuma, AZ *recovered San Diego 2/16/23 | 9mm CZ Pistol | G307288 |

Law enforcement reviewed the purchase records for each of the firearms. During each purchase, GALL-CARRIZOSA had presented an Arizona State Identification Card and claimed that his current residence and address was 620 Lake Havasu Avenue S., Lake Havasu City, Arizona. The property at 620 Lake Havasu Avenue is a Wyndham resort property. In contrast, law enforcement databases indicated that GALL-CARRIZOSA had a current California Driver's license and lived in Chula Vista, California.

On January 4, 2023, law enforcement observed GALL-CARRIZOSA at his residence in Chula Vista, California. Law enforcement then sought and received federal warrants to search GALL-CARRIZOSA's residence in Chula Vista and the vehicle he had used to drive to and from Arizona. On February 15, 2023, ATF agents executed both warrants. *See* 23-MJ-539 (residence) and 23-MJ-537 (Toyota Prius).

During the search, agents found multiple handguns, a 12-gauge shotgun, a rifle, a 3-D printed Glock handgun frame, gun parts, various handwritten bills of sale for firearms in Arizona, and various financial documents and other items indicating GALL-CARRIZOSA's dominion and control over the residence. Agents did not find, however, any of the ten outstanding firearms that had been purchased by GALL-CARRIZOSA at Sprague's.

GALL-CARRIZOSA waived his *Miranda* rights and chose to make a statement. In sum, GALL-CARRIZOSA explained that he had lived in Chula Vista for approximately four to five years. He explained that he acquired an Arizona Identification card because he planned on moving to Arizona at some point in the future, but that he had never actually

resided in Arizona. GALL-CARRIZOSA explained that the address on the ID card was a Wyndham resort where he owned a timeshare. He further explained that he sometimes slept in his car in the parking lot of the Wyndham resort on trips to Arizona to buy firearms.

Although GALL-CARRIZOSA maintained that he has a very poor memory, he did recall multiple trips to Arizona to purchase firearms. And he confirmed that he resold many of them upon his return to California. GALL-CARRIZOSA also explained that he sometimes took orders in advance – and received compensation and travel expenses – from other people and then went to Arizona to buy them firearms before bringing them back to California. For example, GALL-CARRIZOSA recalled a trip on December 24, 2022, where he traveled to Arizona, purchased two guns at Sprague's, and then returned home and sold them to a specific individual in California. GALL-CARRIZOSA further explained that he also purchased other firearms in Arizona through private-party-transactions, which he had arranged on www.arizonaguns.net. GALL-CARRIZOSA did not recall who had purchased most of his firearms in California. And he could not explain how at least one of his firearms at ended up in Mexico.

In February 2023, two additional firearms purchased by GALL-CARRIZOSA in Arizona were recovered by law enforcement in San Diego, based on information learned from the search warrant. Both firearms had been sold to other individuals by GALL-CARIZZOSA without appropriate firearms transaction paperwork.

A further records check confirmed that GALL-CARRIZOSA does not have a Federal Firearms License that would allow him to purchase firearms outside of his state of residency and then transport those same firearms into his actual state of residency.