**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JACOB LAWRENCE GALL-CARRIZOSA,<br><br>                    Defendant. | Case No: 24cr1252-AGS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec.<br>922(a)(3) – Unlicensed<br>Transportation of Firearms |

The United States Attorney charges:

COUNT ONE

     Beginning no later than September 9, 2021, and continuing until at least December 24, 2022, within the Southern District of California, Jacob Lawrence GALL-CARRIZOSA, a person not having a valid Federal Firearm License, did knowingly purchase in the State of Arizona and then intentionally transport into the State of California, firearms; in violation of 18, United States Code, Section 922 (a) (3).


     DATED: 6/13/24


                              TARA K. MCGRATH
                              United States Attorney


                              ANDREW R. HADEN
                              Assistant U.S. Attorney